UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8039-PA (KK) | Date | October 29, 2014 |
|---|---|---|---|
| Title | LANCE WILLIAMS v. L.A. COUNTY ET AL. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to State a Claim

On October 28, 2014, Plaintiff Lance Williams, a California prisoner proceeding *pro se*, filed a civil rights complaint ("Complaint") pursuant to 42 U.S.C. § 1983. The Complaint alleges that, on October 6, 2010, during Plaintiff's intake at North County Correctional Facility in Castaic, California, a guard took an $8,500 check from Plaintiff, then tore it up and discarded it. See ECF No. 3 at 6-7.

Plaintiff alleges due process claims under the United States Constitution and the California State Constitution. See id. Plaintiff sues various unnamed police officers, along with Los Angeles County Sheriff Lee Baca and Los Angeles County itself. Id. at 3-4. Plaintiff asks for damages of $8,500, the amount of the discarded check. Id. at 8.

"[A] negligent or intentional deprivation of a prisoner's property fails to state a claim under section 1983 if the state has an adequate post-deprivation remedy." Barnett v. Centoni, 31 F.3d 813, 816 (9th Cir. 1994) (citing Hudson v. Palmer, 468 U.S. 517, 533, 104 S. Ct. 3194, 3203-04, 82 L. Ed. 2d 393 (1984)). "California Law provides an adequate post-deprivation remedy for any property deprivations." Id. at 816-17 (citing Cal. Gov't Code §§ 810-895). Thus, Plaintiff has failed to state a section 1983 claim for the alleged deprivation of his property.

Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **November 12, 2014**, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to state a claim. Plaintiff is cautioned that his failure to timely file a response to this Order will be deemed by the court as consent to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8039-PA (KK) | Date | October 29, 2014 |
|---|---|---|---|
| Title | LANCE WILLIAMS v. L.A. COUNTY ET AL. | | |

the dismissal of this action.

Alternatively, Petitioner may request a voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a). **A Notice of Dismissal Form is attached for Petitioner's convenience.** The Court warns Petitioner that failure to timely file a response as directed in this Order will result in a recommendation that this action be dismissed without prejudice, for failure to state a claim, failure to prosecute, and/or failure to obey court orders.