# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8039-PA (KK) | Date | February 25, 2015 |
|---|---|---|---|
| Title | LANCE WILLIAMS v. L.A. COUNTY, et al. | | |

Present: The Honorable   Kenly Kiya Kato, United States Magistrate Judge

| Deb Taylor | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**       **(In Chambers) Order Extending Time to Respond to Order to Show Cause**

On January 7, 2015, the Court issued an order to show cause why this action should not be dismissed as untimely.  The Court allowed Plaintiff 14 days – that is, until January 21, 2015 – to either respond to the OSC or request voluntary dismissal of this action without prejudice.  ECF No. 11 at 3.  For Plaintiff's convenience, the Court attached a Notice of Dismissal Form to the OSC.  Id.

On January 20, 2015, Plaintiff requested an extension of time to respond to the OSC.  On January 21, 2015, the Court granted the request, giving Plaintiff until February 10, 2015, to respond.  Plaintiff has still not responded to the OSC.

On February 17, 2015, in one of Plaintiff's other cases in this Court, he filed a motion stating, *inter alia*, he wishes to voluntarily dismiss *this* case without prejudice.  Case No. 2:14-8640-PA-KK, ECF No. 12.  Plaintiff claims he filed a notice of dismissal in this case on February 1, 2015.  Id.

The Court has not received the notice of dismissal that Plaintiff claims he filed on February 1, 2015.  Out of an abundance of caution, the Court will allow Plaintiff until **March 9, 2015,** to either respond to the OSC in this case or file a Notice of Dismissal. **No further extensions of time will be granted.  A Notice of Dismissal Form is attached for Plaintiff's convenience.**